EPS

FILED IN OPEN COURT
JAN 24 2024
CHRISTOPHER EKMAN
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIM. NO. 24-16-KD |
| | * | USAO NO. 23R00554 |
| v. | * | |
| | * | VIOLATIONS: 18 USC § 922(g)(1) |
| HUNTER SEBASTIAN BIXLER | * | |

## INDICTMENT

**THE GRAND JURY CHARGES:**

### COUNT ONE
### Possession of Firearm by Prohibited Person (Felon)
### Title 18, United States Code, Section 922(g)(1)

On or about December 9, 2023, in the Southern District of Alabama, Southern Division, the defendant,

**HUNTER SEBASTIAN BIXLER,**

having been convicted of a crime punishable by imprisonment for a term exceeding one (1) year, to-wit:

1. Driving While Intoxicated Third Degree, case number F-2014-1980-E in the District Court of Denton County, Texas, on or about November 2, 2015; and

2. Possession of Controlled Substance Second Degree, case number D-1-DC-17-202809 in the 147th District Court, Travis County, Texas, on or about September 6, 2017

did knowingly possess, in and affecting commerce, a firearm, namely, a Springfield Armory, XD-40, .40 caliber pistol, with an obliterated serial number and a barrel marked with serial number XD520152.

In violation of Title 18, United States Code, Section 922(g)(1).

## COUNT TWO
### Possession of Ammunition by Prohibited Person (Felon)
### Title 18, United States Code, Section 922(g)(1)

On or about December 9, 2023, in the Southern District of Alabama, Southern Division, the defendant,

**HUNTER SEBASTIAN BIXLER,**

having been convicted of a crime punishable by imprisonment for a term exceeding one (1) year, to-wit:

1. Driving While Intoxicated Third Degree, case number F-2014-1980-E in the District Court of Denton County, Texas, on or about November 2, 2015; and

2. Possession of Controlled Substance Second Degree, case number D-1-DC-17-202809 in the 147th District Court, Travis County, Texas, on or about September 6, 2017

did knowingly possess, in and affecting commerce, ammunition, namely two boxes of ammunition containing approximately 100 rounds of ammunition.

In violation of Title 18, United States Code, Section 922(g)(1).

## FORFEITURE NOTICE

The allegations contained in Counts One and Two of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

Upon conviction of Counts One and Two of this Indictment, the defendant,

**HUNTER SEBASTIAN BIXLER,**

shall forfeit to the United States, under Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), all firearms, and ammunition involved in the commission of the offense, including, but not limited to, the following specific property:

1. One Springfield Armory, XD-40, .40 caliber pistol, with an obliterated serial number and a barrel marked with serial number XD520152; and

2. All ammunition seized on December 9, 2023.

All pursuant to Title 18, United States Code, Section 924(d) and Title 28 United States Code, Section 2461(c).

A TRUE BILL

FOREPERSON, UNITED STATES GRAND JURY
SOUTHERN DISTRICT OF ALABAMA

SEAN P. COSTELLO
UNITED STATES ATTORNEY

By:

Elizabeth P. Stepan
Assistant United States Attorney

SEAN P. COSTELLO
United States Attorney

JANUARY 2024